U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 11 2016

TONY R. MOORE CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

c

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:06-CR-10002 |
| VERSUS | CHIEF JUDGE DRELL |
| LARRY THOMSEA SIMIEN | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is Defendant's motion to have the Court provide him with a copy of his "discovery package" (Doc. 75).

On July 31, 2006, pursuant to a plea agreement, Defendant pleaded guilty to possession with intent to distribute a scheduled II controlled substance (Docs. 32, 33). The parties, including Defendant, signed a document that stipulated to the factual basis for the guilty plea (Doc. 33-2).

Although Defendant does not make an argument as to why the Court should give him a copy of his "discovery package," the Court notes that "[a] plea of guilty admits all the elements of a formal criminal charge and waives all non-jurisdictional defects in the proceedings leading to conviction." United States v. Cothran, 302 F.3d 279, 285-86 (5th Cir. 2002) (quoting United States v. Smallwood, 920 F.2d 1231, 1240 (5th Cir. 1991).

Furthermore, the Court does not have any discovery or other evidence in this case. Instead, Defendant must request a copy of his file from his defense counsel, Joseph Pershing Beck II, or his counsel on his motion to reduce his sentence, Rebecca L. Hudsmith.

Therefore, **IT IS ORDERED** that Defendant's motion to have the Court provide him with his "discovery package" (Doc. 75) is **DENIED**.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 10th day of February, 2016.

Joseph H.L. Perez-Montes
United States Magistrate Judge